

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00136-CV

**JONAS DEMAR JACKSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 54th District Court
### McLennan County, Texas
### Trial Court No. 2006-357-C2

## MEMORANDUM OPINION

Jonas Demar Jackson appeals the trial court's order denying Jackson's "Motion to Dissolve & Replevin Notice (Pro Se)."  In a letter dated April 24, 2019, the Clerk of this Court notified Jackson that the appeal was subject to dismissal because it appeared the trial court's Order denying appellant's "Motion to Dissolve & Replevin Notice (Pro Se)" signed on March 20, 2019 was not a final, appealable order.  The Clerk warned Jackson that the Court would dismiss the appeal within 14 days from the date of the letter unless a response was filed showing grounds for continuing the appeal.  More than 14 days have

passed and no response has been filed.

Accordingly, this appeal is dismissed.

Absent a specific exemption, the Clerk of the Court must collect filing fees at the time a document is presented for filing. TEX. R. APP. P. 12.1(b); Appendix to TEX. R. APP. P., Order Regarding Fees (Amended Aug. 28, 2007, eff. Sept. 1, 2007). *See also* TEX. R. APP. P. 5; 10TH TEX. APP. (WACO) LOC. R. 5; TEX. GOV'T CODE ANN. §§ 51.207(b); 51.208; § 51.941(a). Under these circumstances, we suspend the rule and order the Clerk to write off all unpaid filing fees in this case. TEX. R. APP. P. 2. The write-off of the fees from the accounts receivable of the Court in no way eliminates or reduces the fees owed.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Neill
Appeal dismissed
Opinion delivered and filed May 22, 2019
[CV06]

